ARTHUR S. BARNES, Appellant, v. HAROLD G. WENTWORTH, Respondent.— Action for money had and received. Order denying plaintiff's motion for partial

summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.